UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 8, 2016

MEMO TO COUNSEL RE:  Skanska USA Building, Inc. v. J.D. Long Masonry, Inc.
Civil No. JFM-16-933

Dear Counsel:

I have reviewed the memoranda submitted in connection with J.D. Long Masonry, Inc.'s motion to sever and bifurcate issues of the statute of limitations and release.

The motion (document 16) is granted. If plaintiff's position is correct, and if they file an affidavit or declaration under Fed. R. Civ. P. 56(d), I will decide the issues in the context of that affidavit or declaration.

Defendant should file its motion and supporting memorandum on before September 22, 2016.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge